AO 243
REV 6/82

# MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Rhode Island | |
|---|---|---|
| Name of Movant: JOSE CASTRO | Prisoner No.: 05467-070 | Docket No.: 1:04CR00061-01S |
| Place of Confinement: United States Penitentiary at Lewisburg PA | | |

UNITED STATES OF AMERICA V. JOSE N. CASTRO (include name upon which convicted) (full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
United States District Court District of Rhode Island

2. Date of judgment of conviction 2/9/05

3. Length of sentence 200 months

4. Nature of offense involved (all counts) Poss./w/I to Dist in Excess of 500 Grams of Cocaine; Poss./w/I to Dist. Marijuana

5. What was your plea? (Check one)
(a) Not guilty ☐
(b) Guilty ☒XX
(c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
N/A

6. Kind of trial: (Check one)
(a) Jury ☐
(b) Judge only ☐
N/A

7. Did you testify at the trial?
Yes ☐ No ☐
N/A

8. Did you appeal from the judgment of conviction?
Yes ☐ No XX

AO 243
REV 6/82

9. If you did appeal, answer the following:

(a) Name of court N/A

(b) Result

(c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes XX No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court US District Court of Rhode Island

(2) Nature of proceeding Motion for Appointment of Counsel for the purpose of submitting a Motion under the provisions of 2255.

(3) Grounds raised Counsel was/is necessary for the purpose of 22555

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No XX

(5) Result Motion Denied

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding

(3) Grounds raised

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐ **N/A**

(5) Result ______

(6) Date of result ______

(c) As to any third petition, application or motion, give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

______

(3) Grounds raised ______

______

______

______

______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐ **N/A**

(5) Result ______

(6) Date of Result **N/A**

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☐ **N/A**
(2) Second petition, etc. Yes ☐ No ☐
(3) Third petition, etc. Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

**N/A**

______

______

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Petitioner was sentenced illegally in that his sentence exceeded the amount of a controlled substance he plead to.

Supporting FACTS (tell your story *briefly* without citing cases or law:

B. Ground two: Counsel for Petitioner failed to file a Notice of Appeal or/and an Appeal brief and violated Petitioner's right to effective assistance of counsel on appeal.

Supporting FACTS (tell your story *briefly* without citing cases or law):

C. Ground three: Petitioner did not enter a knowing and intelligent plea in that he was informed by counsel and the government that his offense level would not be higher than level 28

Supporting FACTS (tell your story *briefly* without citing cases or law):

AO 243
REV 6/82

D. Ground four: Petitioner was denied effective assistance of consel when the court failed to appoint counsel for the purpose of submitting his §22555 and when petitioner was denied the right to appeal.

Supporting FACTS (tell your story *briefly* without citing cases or law): from his conviction and sentence.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

Petitioner was not accorded the right to appeal his sentence and conviction; counsel failed to file a direct appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒ XX

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea John M. Cicilline, Esq.
State Bank Building, 383 Atwells Ave., Providence, RI 02909

(c) At trial N/a

(d) At sentencing same

AO 243
REV 6/82

(e) On appeal N/A

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:
N/A

(b) Give date and length of the above sentence:
N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐ N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8-29-06
(date)

Signature of Movant