IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,

Movant/Petitioner

v. No.04-00061

UNITED STATES OF AMERICA,

Respondent.

_______________________________/

**MOTION FOR ORDER OF SHOW CAUSE**

Please take notice that the movant/petitioner in the above entitled matter and appearing herein pro-se, moves this court to issue an order of show cause to the respondent requiring the respondent to show cause why the petition for relief submitted by the movant/petitioner under the provisions of Title28 U.S.C.§2255 should not be granted in its entirity for a failure of the respondent to respond to said petition.

In support thereof the petitioner states that the respondent had previously Ordered by the court to respond to the petition and that the respondent has failed to do so in a timely manner; that more than thirty days has elapsed since the respondent's reply was due.

WHEREFORE, Petitioner prays that this court will order the government to show cause why they have not complied with the Order of the court and further that this court grant him the relief as sought in the original petition for relief and conduct a hearing to determine whether the petitioner will be entitled to any other and further relief as justice demands.

Respectfully submitted,

Jose Castro,pro-se

Dated 12-13-06

CERTIFICATE OF SERVICE

I, Jose Castro, apeparing pro-se hereby certify that a true and exact copy of the attached has been provided to the office of the United States Attorney for the District of Rhode Island by placing a copy in the u.S. Mail with sufficient postage attached to cover the cost of mailing, on this 13 day of December, 2006.

Jose Castro