IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE CASTRO | ) | |
| Petitioner | ) | CA 06-393S |
| VS. | ) | CR 04-061S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Respondent | ) | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S**
**MOTION TO SHOW CAUSE**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and responds to Petitioner's Motion to Show Cause as follows. That on December 21, 2006, the government filed its objection and response to the Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255, and thus the issue is moot. Furthermore, the Petitioner has suffered no prejudice.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 21st day of December, 2006, I caused the Government's Petitioner's Motion to Show Cause, to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Jose Castro, pro se
Reg. No. 05467-070
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov