IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,
Petitioner,

v. CA 06-393S
CR 04-061S

UNITED STATES OF AMERICA,
Respondent.

JOSE CASTRO /

PETITIONER'S ANSWER TO MEMORANDUM IN SUPPORT OF GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. §2255

Comes Now Jose Castro, appearing pro-se and comes in Answer to the Government's Response And Objections to Motion to Set Aside or Correct Sentence Pursuant to §2255 and states as follows;

1. Respondent was Ordered by this court to respond several months prior to submission of a response;

2. The response provided by the Respondent on or about December 22, 2006 was too little too late.

Respectfully submitted,

Jose Castro, pro-se

CERTIFICATE OF SERVICE

A copy of the attached has been provided to the U.S. Attorney for the District of Rhode Island on this 4 day of January 2007 by U.S. Mail. I do so certify.