IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE CASTRO,
Petitioner,

V.

UNITED STATES OF AMERICA,
Respondent.

CV 06-393S

CR 04-061S

PETITIONER'S OBJECTION TO RESPONDENT'S RESPONSE TO MOTION TO SHOW CAUSE

Petitioner, Jose Castro, appearing herein pro-se, comes now and objects to the "Government's Response to Petitioner's Motion to Show Cause" and states that the Government's response is un-responsive and fails to address the facts and circumstances submitted by the petitioner in the original petition to Show Cause.

The conclusion by the government that the Petitioner has suffered no prejudice is not based in fact and demonstrates the total disregard that the government has shown towards the petitioner's rights and represents a total disrespect for the procedural requirements for enforcing the rules and orders of the court.

WHEREFORE, Petitioner prays that the Respondent's are required to answer the Motion to Show Cause and explain why the Order of the Court to respond several months before the response was provided to the court was ignored and to explain why the petitioner suffered no prejudice when the prejudice attached is inherent.

Respectfully submitted,

Jose Castro, pro-se

# CERTIFICATE OF SERVICE

I, Jose Castro, the petitioner, hereby certify that a copy of the attached "Petitioner's Objection to Respondent's Response to Motion to Show Cause" was provided to the respondent by placing a copy of the same in the U.S. Mail with sufficient postage attached to cover the cost of mailing and addressed as follows:

Office of the United States Attorney
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eight Fl.
Providence, RI 02903

Done this 4 day of January 2007