AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## *District of Rhode Island*

JOSE CASTRO

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CA06-393S

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered in favor of the Respondent, United States of America and against the Petitioner, Jose Castro in accordance with District Judge William E. Smith's Memorandum and Order dated August 20, 2007 denying petitioner's Motion to Vacate, Set Aside and/or Correct sentence pursuant to 28 U.S.C. section 2255.

August 21, 2007
*Date*

David A. DiMarzio
*Clerk*

/s/ Wendy Geile
*(By) Deputy Clerk*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.