UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jose Castro,
Petitioner,

v. : Case No. 06-393 S

United States of America,
Respondant,

AFFIDAVIT IN SUPPORT OF RECONSIDERATION MOTION

STATE OF PENNSYLVANIA)
) SS: AFFIDAVIT OF JOSE CASTRO
COUNTY OF UNION )

Comes now, Petitioner Jose Castro, in the above styled action and , after being duly sworn, deposes and says:

1). That I am representing myself in the above stated case without the assistance of counsel.

2). That Petitioner did in fact instruct my attorney, Mr. John M. Cicilline, Esg., before my plea agreement and after sentencing to file an appeal.

3). In support of my request, Mr. Cicilline made a favorable request at the sentencing hearing concerning my disapproval of the possibility that I could receive a sentence term of more than 20 years.

4). That I raised serious questions about both the reality and allappearence of fairness in my plea and punishment. The above mentioned allegations are serious and at this stage, are sufficiently supported by the record. If the Court was to give and evidentiary hearing on this matter, I would be able to call several witnesses to support my allegations.

Exhibit-B

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 31, 2007

Respectfully Submitted,

Jose Castro Pro-se