NOTICE OF APPEAL

* * * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

JOSE CASTRO

V.

UNITED STATES

NOTICE OF APPEAL

06-393-S and 1:06-cv-393
Docket No.

Notice is hereby given that Jose Castro
(party)

hereby appeals to the United States Court of Appeals for the 2nd Circuit from the

decision (describe it) Denial of section 2255 Motion

entered in this action on the 10 day of Oct., 2007.

Signature
Jose Castro, pro-se
Reg. No. 05467-070
Printed Name
USP-Lewisburg
P.O. Box 1000
Address

Lewisburg, PA. 17837-1000

Date: 10/18/07