MANDATE

06-00393
USDCRI
Judge W. Smith

# United States Court of Appeals
## For the First Circuit

No.07-2640

JOSE CASTRO

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**

Entered: August 6, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

...ied and Issued as Mandate
...der Fed. R. App. P. 41.

...chard Cushing Donovan, Clerk

...puty Clerk
...e: 8/6/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

[cc: Mary Rogers, Donald Lockhart, Jose Castro]